■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FABRICIO VERGARA, Appellant. [824 NYS2d 18]—Judgment, Supreme Court, Bronx County (John G. Ingram, J.), rendered April 29, 2004, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in or near school grounds, and sentencing him to a term of 2 to 6 years, unanimously affirmed.

The amelioration doctrine does not apply where, as here, a defendant was sentenced before the effective date of the Drug Law Reform Act (L 2004, ch 738) (*People v Utsey*, 7 NY3d 398

[2006]). Concur—Tom, J.P., Andrias, Marlow, McGuire and Malone, JJ.